■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE COTTON, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's principal contention is that he did not knowingly and intelligently waive his right to a jury trial. Defendant's waiver was valid. He signed a written waiver in open court after consulting with counsel and was fully informed by the court of the nature and consequences of the waiver *(see, People v Mettler,* 147 AD2d 849, *lv denied* 74 NY2d 666; *People v Aponte,* 144 AD2d 679, 680, *lv denied* 73 NY2d 888; *cf., People v Burnett,* 136 AD2d 888, *lv denied* 70 NY2d 1004). On this record, defendant's conviction of first degree robbery is supported by legally sufficient evidence and is not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). The record also establishes that defendant received meaningful assistance of counsel *(see, People v Rivera,* 71 NY2d 705, 709; *People v Baldi,* 54 NY2d 137, 146-147). We have considered the issues raised in defendant's supplemental *pro se* brief and find them lacking in merit. (Appeal from judgment of Supreme Court, Erie County, Marshall, J.—robbery, first degree.) Present—Boomer, J. P., Green, Pine, Balio and Davis, JJ.